MOORE, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala.R.App. P.; § 12-15-1(10), Ala.Code 1975 (now codified at § 12-15-101(8), Ala.Code 1975); J.W. v. N.K.M., 999 So.2d 526 (Ala.Civ.App.2008); T.T.T. v. R.H., 999 So.2d 544 (Ala.Civ.App.2008); A.J.H.T. v. K.O.H., 983 So.2d 394 (Ala.Civ.App.2007); J.S.M. v. P.J., 902 So.2d 89, 95 (Ala.Civ.App.2004); and O.L.D. v. J.C., 769 So.2d 299 (Ala.Civ.App.1999).
J.LP.’s request for the award of an attorney fee on appeal is denied.
PITTMAN and THOMAS, JJ., concur.
THOMPSON, P.J., dissents, without ■writing.
BRYAN, J., dissents, with writing.